UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-178-02-JD

<u>Peter Kavalchuk</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 104) filed by defendant is granted.  A conference with the court shall be scheduled for the first week in July.  Trial is continued as to Peter Kavalchuk as well as the co-defendants, as they assented to the continuance, to the two-week period beginning July 19, 2011, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                <u>/s/ Joseph A. DiClerico, Jr.</u>
                Joseph A. DiClerico, Jr.
                United States District Judge

Date:  May 6, 2011

cc: Steven Gordon, Esq.
   William Christie, Esq.
   Richard Monteith, Esq.
   Arnold Huftalen, Esq.
   Robert Rabuck, Esq.
   Seth Aframe, Esq.
   U.S. Marshal
   U.S. Probation