UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 09-cr-178-02-JD

<u>Peter Kavalchuk</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 112) filed by defendant is granted.  As the co-defendants agreed to the continuance, trial is continued as to all defendants to the two-week period beginning October 18, 2011, 9:30 AM.

    Defendant Peter Kavalchuk shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  September 13, 2011

cc:  Steven Gordon, Esq.
     William Christie, Esq.
     Richard Monteith, Esq.
     Arnold Huftalen, Esq.
     Robert Rabuck, Esq.
     Seth Aframe, Esq.
     U.S. Marshal
     U.S. Probation